AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
FEB 07 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

9631 Cutler Drive, Saint Louis, 63137, within the Eastern District of Missouri, which is a single family residence, Brown brick and gray stone with a white front door, black shutters, and a white garage door. The numerics 9631 are clearly visible next to the front door.
See attached photos

Case No. 4:18 MJ 7021 SPM

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the EASTERN District of MISSOURI *(identify the person or describe the property to be searched and give its location)*:

9631 Cutler Drive, Saint Louis, 63137, a single family residence, Brown brick and gray stone with a white front door, black shutters, and a white garage door. The numerics 9631 are clearly visible next to the front door.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

All firearm(s), illegal controlled substances, mobile phones, U.S. currency, drug trafficking documentation, documentation of residency, and indicia of control over the premises, utilized in connection with violations of Title 18, United States Code, Sections 922(g), 924(c), and Title 18 United States Code Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before February 20, 2018 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Shirley P. Mensah.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of __________.

No knock Authorized. SPM

Date and time issued: 2-7-2018; 16:10

[signature]
*Judge's signature*

City and state: St. Louis, MO

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:18 MJ 7021 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________
*Executing officer's signature*

____________________
*Printed name and title*


© 2018 Google
© 2018 Google